The Hon. Paula McCandlis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO.  MJ20-561 |
|---|---|
| Plaintiff, | |
| | COMPLAINT for VIOLATION |
| v. | 21 U.S.C. § 841(a) |
| RICARDO BARRAZA VIZCARRA, | |
| Defendant. | |

BEFORE United States Magistrate Judge Paula McCandlis, Seattle, Washington.

The undersigned complainant being duly sworn states:

**Count One**

**(Possession of Methamphetamine and Heroin with Intent to Distribute)**

On or about September 1, 2020, in Pierce County, within the Western District of Washington, RICARDO BARRAZA VIZCARRA did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, controlled substances, to wit: methamphetamine and heroin, substances controlled under Title 21, United States Code.

It is further alleged that this offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Complaint BARRAZA VIZCARRA - 1

1    It is further alleged that this offense involved 1 kilogram or more of a mixture or

2  substance containing a detectable amount of heroin.

3    All in violation of Title 21, United States Code, Sections 841(a)(1) and

4  841(b)(1)(A) and Title 18, United States Code, Section 2.

5

6    The undersigned complainant, Shawna McCann, Special Agent, being first duly

7  sworn on oath, hereby deposes and says:

8                          **TRAINING AND EXPERIENCE**

9    1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and

10  have been employed with the FBI since September, 2017. I am currently assigned to the

11  Seattle Field Division where I am a member of the violent crime, gang, and Transnational

12  Organized Crime – Western Hemisphere squad. In this capacity, I investigate, *inter alia*,

13  violations of the Controlled Substance Act, Title 21, United States Code, Section 801 *et*

14  *seq*., and related offenses. I have received specialized training in the enforcement and

15  investigation of the Controlled Substance Act. I have received over 400 hours of

16  classroom training including, but not limited to, drug identification, drug interdiction,

17  money laundering techniques and schemes, smuggling, and the investigation of

18  individuals and/or organizations involved in the illegal possession, possession for sale,

19  sales, importation, smuggling, manufacturing, and trafficking of controlled substances.

20    2.    In my role as a Special Agent for the FBI, I have participated in narcotics

21  investigations (e.g., heroin, cocaine, marijuana, and methamphetamine) that have resulted

22  in the arrest of individuals and the seizure of illicit narcotics and/or narcotics-related

23  evidence and the forfeiture of narcotics-related assets. I have been involved in the service

24  of federal and state search warrants as part of these investigations. I have encountered

25  and have become familiar with various tools, methods, trends, paraphernalia, and related

26  articles utilized by various traffickers in their efforts to import, export, conceal, and

27  distribute controlled substances. I am also familiar with the manner in which drug

28  traffickers use telephones, often cellular telephones, to conduct their unlawful operations,

Complaint BARRAZA VIZCARRA - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and how they code their conversations to disguise their unlawful activities. I am also

2  familiar with the various methods of packaging, delivering, transferring, and laundering

3  drug proceeds. Additionally, through my training and experience, I can identify illegal

4  drugs by sight, odor, and texture.

5        3.     I have also worked on drug investigations involving the use of court-

6  authorized wiretaps under Title III. In that capacity, I have had the opportunity to

7  monitor, listen to, and review transcripts and line sheets (prepared by linguists)

8  documenting the content of hundreds of intercepted conversations involving the

9  trafficking of cocaine, methamphetamine, heroin, and other narcotics, by persons who

10  used some form of code to attempt to thwart law enforcement detection. I have also

11  interviewed defendants at the time of their arrest and have debriefed, spoken with, and/or

12  interviewed numerous drug dealers or confidential sources (informants) at proffer and

13  field interviews who were experienced in speaking in coded conversation over the

14  telephone. From these interviews, and also from discussions with other experienced

15  agents, I have gained knowledge regarding the various methods, techniques, codes,

16  and/or jargon used by drug traffickers in the course of their criminal activities, including

17  their use of firearms to protect their narcotics-related activities and of cellular telephones

18  and other electronic means to facilitate communications while avoiding law enforcement

19  scrutiny.

20        4.     I have written affidavits in support of court-authorized federal warrants and

21  orders in the Western District of Washington for GPS tracking of telephones, Pen

22  Register/Trap and Trace, and search warrants. Additionally, I have testified in grand jury

23  proceedings, written investigative reports, and conducted and participated in numerous

24  interviews of drug traffickers of various roles within drug organizations, which has

25  provided me with a greater understanding of the methods by which drug trafficking

26  organizations operate.

27        5.     I am an investigative law enforcement officer of the United States within

28  the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations

Complaint BARRAZA VIZCARRA - 3

1  of, and to make arrests for, violations of the Controlled Substance Act, Title 21, United

2  States Code, Section 801 *et seq.*, and related offenses.

3       6.      In writing this affidavit, I specifically consulted with DEA Special Agent

4  Kevin Palermo, who is the lead agent for the case for which this affidavit is written.

5  Agent Palermo has managed and been involved in this investigation since its

6  commencement in December 2018. Agent Palermo has been employed as an agent for the

7  DEA since August 2016. During his employment, Agent Palermo has also worked on

8  drug investigations involving the use of court-authorized wiretaps under Title III. In that

9  capacity, Agent Palermo has monitored, listened to, and reviewed transcripts and line

10 sheets both in English and Spanish (prepared by linguists) documenting the content of

11 hundreds of intercepted conversations involving the trafficking of cocaine,

12 methamphetamine, heroin, and other narcotics, by persons who used some form of code

13 to thwart law enforcement. Prior to his employment as a DEA Agent, Agent Palermo was

14 employed as a police officer in the Village of Lincolnshire in Lake County, Illinois, from

15 December 2014 to August 2016. In that capacity, Agent Palermo was responsible for

16 providing and promoting public safety in the Village of Lincolnshire and the State of

17 Illinois.

18      7.      The facts set forth in this Complaint are based on my own personal

19 knowledge; knowledge obtained from other individuals who participated in this

20 investigation, including other law enforcement officers; my review of documents and

21 records related to this investigation; and information gained through my training and

22 experience. I have not included all facts known to me obtained in this investigation, but

23 only those facts necessary to set forth probable cause in support of the offense alleged in

24 Count 1 above.

25                                           **PURPOSE OF AFFIDAVIT**

26      8.      This Affidavit is made in support of a Complaint against RICARDO

27 BARRAZA VIZCARRA for one count of *Possession of Controlled Substances with*

28

Complaint BARRAZA VIZCARRA - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | *Intent to Distribute*, in violation of Title 21, United States Code, Sections 841(a)(1),

2 | (b)(1)(A).

3 | ## SUMMARY OF PROBABLE CAUSE

4 | 9.      This investigation is being conducted by DEA, FBI, Snohomish Regional

5 | Drug Task Force (SRDTF), Skagit County Drug Task Force (SCDTF), and Seattle Police

6 | Department (SPD), with the assistance of other law enforcement agencies, of suspects

7 | associated with the Jimenez Hernandez and Peinado Trans-National Criminal

8 | Organizations (TCO), who are operating in the Western District of Washington.

9 | 10.     During the course of this investigation, agents have obtained authorization

10 | in the Western District of Washington to intercept wire communication and over multiple

11 | target telephones, and to receive GPS tracking information associated with these phones,

12 | including but not limited to the telephones summarized in the following table:

| Object | TT[1] | User | Date of Order |
|---|---|---|---|
| 425-345-8051 | TT3 | Villasenor | October 15, 2019 |
| 425-410-6962 | TT4 | Villasenor | October 15, 2019 |
| 206-578-9119 | TT6 | Ramirez Menses | October 15, 2019 |
| 425-345-8051 | TT3 | Villasenor | November 22, 2019 |
| 425-410-6962 | TT4 | Villasenor | November 22, 2019 |
| 541-730-0001 | TT16 | De Leon | November 22, 2019 |
| 206-460-9015 | TT17 | Pollestad | November 22, 2019 |
| 206-929-8323 | TT22 | Pantoja | November 22, 2019 |
| 425970-2993 | TT24 | Pollestad | November 26, 2019 |
| 425-387-3791 | TT40 | Rodriguez Moreno | April 9, 2020 |
| 425-387-3791 | TT40 | Rodriguez Moreno | May 27, 2020 |
| 425-263-6587 | TT41 | Jose Morales Flores | May 27, 2020 |
| 425-387-3791 | TT40 | Rodriguez Moreno | June 22, 2020 |
| 425-263-6587 | TT41 | Jose Morales Flores | June 22, 2020 |
| 425-465-7350 | TT48 | Jose Morales Flores | June 22, 2020 |

---

[1] "TT" stands for "Target Telephone" and is an identifier applied to all phones identified in this investigation. In this affidavit, when discussing an intercepted conversation, I will generally indicate the speaker followed by the Target Telephone identifier in parentheses. Not all Target Telephones were intercepted. Some Target Telephones are the subject of tracking warrants or pen register/trap and trace orders only. Some Target Telephones were are simply identified, with no further action taken.

Complaint BARRAZA VIZCARRA - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    11.    On May 31, 2020, investigators intercepted communications between Jose

2  Morales Flores (TT41), and the user of TT49, later identified as RICARDO BARRAZA

3  VIZCARRA (session 259). During the call, Morales Flores informed BARRAZA

4  VIZCARRA that he was calling on behalf of "Ansiano", and agreed to meet BARRAZA

5  VIZCARRA in Kent, Washington. Morales Flores asked BARRAZA VIZCARRA to

6  send him the address. In a subsequent text message (session 260), BARRAZA

7  VIZCARRA sent Morales Flores the address to Shushinola Sushi y Mariscos estilo

8  Sinaloa restaurant located at 24817 Pacific Highway South, #206, Kent, Washington. A

9  few minutes later, Morales Flores replied (sessions 261-262) that the GPS was telling him

10 "two hours" and he would arrive at 6:00 pm.

11    12.    Immediately following the above conversation, Jose Morales Flores had a

12 conversation with a Mexico-based telephone number, the user identified as

13 "Abraham" and "Anciano" (session 265). Abraham asked who Morales Flores would be

14 taking the "water" [methamphetamine] to. Morales Flores said that to the guy that he

15 (Morales Flores) got the number for [BARRAZA VIZCARRA (TT49)]. Morales Flores

16 said that Joaquin had sent him (Morales Flores) a number to talk to the guy [BARRAZA

17 VIZCARRA] and take care of it. Based on my training and experience, I know that

18 "water" is a common term used by narcotics traffickers to refer to methamphetamine.

19    13.    Abraham said that (Joaquin) was his (Abraham's) brother. Abraham said

20 that he (Morales Flores) should go take one to him, to the car guy [Arias Garcia], and to

21 the other guy that he (Abraham) had already told Morales Flores about BARRAZA

22 VIZCARRA]. Abraham said that it would be another two (2) [two pounds of

23 methamphetamine].

24    14.    At approximately 5:15 pm, investigators established surveillance in the

25 vicinity of the aforementioned restaurant in preparation for the meeting between Jose

26 Morales Flores and BARRAZA VIZCARRA. At approximately 5:54 pm, investigators

27 intercepted a text message between Morales Flores and BARRAZA VIZCARRA, over

28 TT41 (session 266), in which BARRAZA VIZCARRA informed Morales Flores that

Complaint BARRAZA VIZCARRA - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | he was "around here already" [already near the restaurant]. Morales Flores responded

2 | that "it" [his GPS] says 13 minutes (session 267).

3 |      15.    At approximately 6:08 pm, investigators observed a gray in color Jeep

4 | Patriot, with Washington license plate #BPY5228, enter the parking lot and park in the

5 | vicinity of the "Del Rio" Supermarket located at 24811 Pacific Highway South, Kent,

6 | Washington.[2] Investigators identified Jose Morales Flores as the driver of the Gray Jeep

7 | Patriot (BPY5228) via comparison to his Washington driver's license photo. There

8 | appeared to be an occupant in the front passenger seat of the Gray Jeep Patriot

9 | (BPY5228) that investigators were unable to identify.

10 |      16.    Concurrent to Jose Morales Flores' arrival, investigators intercepted a call

11 | between Morales Flores and BARRAZA VIZCARRA, over TT41 (session 269) in which

12 | Morales Flores asked BARRAZA VIZCARRA what he was driving. BARRAZA

13 | VIZCARRA replied that he was driving a "gray Infiniti". Morales Flores

14 | informed BARRAZA VIZCARRA that he had arrived already, was driving a Jeep, and

15 | was by a market named "Del Rio". BARRAZA VIZCARRA informed Morales Flores

16 | that he (BARRAZA VIZCARRA) was behind Morales Flores on his left.

17 |      17.    At approximately 6:09 pm, investigators observed the Gray Jeep Patriot

18 | (BPY5228), driven by Morales Flores, relocate near a silver in color Infiniti sedan [Silver

19 | Infiniti G35 (BSU4754)] across the parking lot. The driver of the silver Infiniti,

20 | a Hispanic male with a dark t-shirt and a beard, exited his vehicle and appeared to meet

21 | briefly with Morales Flores, who remained seated inside the Gray Jeep Patriot

22 | (BPY5228), at Morales Flores' driver's front window before returning to the Silver

23 | Infiniti G35 (BSU4754). Approximately two minutes later, investigators observed

24 | the Gray Jeep Patriot (BPY5228) depart the parking lot onto Pacific Highway traveling

25

26

27

28

[2] The Del Rio Supermarket is located to the immediate north of the Sushinola Sushi y Mariscos estilo Sinaloa restaurant described herein.

Complaint BARRAZA VIZCARRA - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   south. The Silver Infiniti G35 (BSU4754) remained parked in the lot with the Hispanic

2   male seated inside.

3        18.    A short while later, the Hispanic male exited the silver Infiniti and

4   proceeded to converse with an unknown Hispanic male (UHM), wearing a baseball cap

5   and brown sweatshirt, located near a vehicle parked next to him. Investigators observed

6   the hoods on the two vehicles parked next to the Silver Infiniti G35 (BSU4754) were

7   raised.[3] The Hispanic male reentered the Silver Infiniti G35 (BSU4754) shortly

8   thereafter.

9        19.    At approximately 6:32 pm, investigators drove around the restaurant

10   parking lot behind the Silver Infiniti G35 (BSU4754) in an attempt to identify the license

11   plate number affixed to the vehicle. Investigators identified Washington license plate

12   #BSU4754 affixed to the vehicle. According to the Washington Department of Licensing,

13   Washington License #BSU4754 is a silver/aluminum in color 2007 Infiniti

14   G35 registered to Kareli Tamayo at 7637 Pacific Avenue, APT 62, Tacoma, Washington.

15        20.    A Washington Department of Licensing inquiry of the aforementioned

16   address revealed a driver, BARRAZA VIZCARRA, with the same listed address.

17   Investigators positively identified the driver of Silver Infiniti G35 (BSU4754), and the

18   user of TT49, as BARRAZA VIZCARRA based on a comparison to the aforementioned

19   driver's license photograph. Surveillance was terminated shortly thereafter.

20        21.    Based on my training and experience, I believe Jose Morales Flores and

21   BARRAZA VIZCARRA, using TT49, coordinated a meeting to conduct a narcotics

22   transaction, specifically for two pounds of methamphetamine. An analysis of intercepted

23   communications between Jose Morales Flores and UM8843, identified as "Abraham" and

24   "Anciano", using Mexico telephone number 52-6681938843, over TT41, revealed

25   "Abraham's/Anciano's" role as a broker for suspected narcotics transactions.

26

27

---

28   [3] Investigators believe one of the vehicles near the silver Infiniti had mechanical issue(s) and was being diagnosed and/or repaired by the UHM.

Complaint BARRAZA VIZCARRA - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 Investigators intercepted communications in which "Abraham/Anciano" asked Jose

2 Morales Flores to deliver various quantities of suspected methamphetamine to

3 individuals, including BARRAZA VIZCARRA (session 265), within the greater Seattle

4 metropolitan area. UM8843 and Jose Morales Flores' use of coded language and

5 discussions about pricing is consistent with narcotics-related conversation. Additionally,

6 based on my training and experience the way the meeting was conducted, a short

7 interaction in a public parking lot, is consistent with a meeting for a narcotics transaction.

8        22.     In August 2020, a remote surveillance camera was installed at 1036 S 74th

9 Street, Tacoma, Washington (Location 9). On August 13, 2020, investigators observed

10 BARRAZA VIZCARRA walk from the rear of this residence to the front of the residence

11 carrying garbage. BARRAZA VIZCARRA walked to and from the rear to the front

12 several times. Moreover, on a near daily basis since August 13, 2020, BARRAZA

13 VIZCARRA has been observed arriving at Location 9 and remaining there overnight. In

14 addition, BARRAZA VIZCARRA's known vehicle, a Silver Infiniti G35 (BSU4754) has

15 been observed parked at Location 9 on a near daily basis. Based on surveillance

16 observations, investigators believe that BARRAZA VIZCARRA resides at Location 9.

17        23.     On August 28, 2020, the Honorable Mary Alice Theiler issued a search

18 warrant that included the following location: **Target Location 9 (TL9): 1036 S 74th**

19 **Street, Tacoma, Washington.** The affidavit in support of the warrant sets forth why

20 agents believed TL9 was the residence of Ricardo Barraza Vizcarra.

21        24.     On September 1, 2020, during the search of **Location 9** at **1036 S 74th**

22 **Street, Tacoma, Washington**, investigators located and detained RICARDO

23 BARRAZA VIZCARRA. Also in the residence, although not detained, were his

24 girlfriend and a minor child. BARRAZA VIZCARRA was read his *Miranda* rights in

25 Spanish, by a Spanish-speaking investigator, and BARRAZA VIZCARRA indicated in

26 Spanish that he understood his rights and agreed to speak with the investigator.

27 BARRAZA VIZCARRA was asked, in Spanish, if there were any drugs in the residence.

28 BARRAZA VIZCARRA stated that there was "crystal" and "chiva" in the back

Complaint BARRAZA VIZCARRA - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | bedroom. BARRAZA VIZCARRA explained that "crystal" was methamphetamine and
2 | "chiva" was heroin. BARRAZA VIZCARRA stated that there was about one pound of
3 | methamphetamine and a kilogram of heroin in the back bedroom. BARRAZA
4 | VIZCARRA was then asked if there was any money in the residence. Following this
5 | question, BARRAZA VIZCARRA asked for a lawyer and no additional statements were
6 | made or elicited from BARRAZA VIZCARRA.

7 |      25.     With the assistance of a narcotics-detecting K9, investigators located
8 | approximately one pound of a white, crystal substance, one kilogram of a brown
9 | substance, and 1,000 pills (potentially containing fentanyl) in the spare bedroom closet at
10 | the residence. Additionally, investigators located between 20 to 30 pounds of a brown
11 | substance in the basement of the residence, along with approximately 10 to 20 empty
12 | wrappers indicative of additional pounds of narcotics.

13 |      26.     Based on my training and experience, and the training and experience of the
14 | investigators on scene, including the narcotics-detecting K9, I believe the white, crystal
15 | substance is methamphetamine and the brown substances are heroin. I further believe that
16 | the seized substances contain 50 grams or more of a mixture or substance containing a
17 | detectable amount of methamphetamine, its salts, isomers, or salts of its isomers and 1
18 | kilogram or more of a mixture or substance containing a detectable amount of heroin.

19 |      27.     The heroin seized from the basement of this residence was packaged in
20 | individually vacuum sealed bags (see image below), each weighing approximately one
21 | pound. Based on my training and experience, I believe that this type of packaging and
22 | overall quantity of narcotics, separately packaged in individually weighed and sealed
23 | bags, is indicative of narcotics trafficking and distribution.

24 | //
25 | //
26 | //
27 | //
28 | //

Complaint BARRAZA VIZCARRA - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



Based on the aforementioned facts, I believe that RICARDO BARRAZA VIZCARRA committed the crime of *Possession of a Methamphetamine and Heroin with Intent to Distribute,* all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

SHAWNA MCCANN, Complainant
Special Agent, FBI

The above-named agent provided a sworn statement to the truth of the foregoing complaint by video conference call on this 1st day of September, 2020. Based on the Complaint and Affidavit sworn to by the above-named agent, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

DATED this 1st day of September, 2020.

PAULA McCANDLIS
United States Magistrate Judge

Complaint BARRAZA VIZCARRA - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970